```
1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2716
```

**FILED**

OCT 0 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEARCH OF: | No. 2:07-sw-181 KJM |
| SOFTCOM Internet Communications, Inc. Galt, California | **MOTION TO UNSEAL SEARCH WARRANT;** [Proposed] **ORDER** |

This Court issued and sealed the search warrant in the above-captioned matter. Following diligent investigation, the United States has determined that no federal offense has been committed. For that reason, the United States respectfully requests that the Court issue an order unsealing the search warrant and the application for the search warrant.

Date: September 30, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/ Ellen V. Endrizzi
ELLEN V. ENDRIZZI
Assistant U.S. Attorney

## O R D E R

For good cause shown, the search warrant and the application for the search warrant in case number 2:07-sw-181 KJM is hereby ordered UNSEALED.

Date: 10/1, 2008

HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

Page 1 of 1